[Civil No. 2670.  Filed January 16, 1928.]

[263 Pac. 10.]

HENRY WOLLPERT, Appellant, v. THE CITY OF PHOENIX, Appellee.

Mr. J. C. Niles, for Appellant.

Mr. W. L. Barnum, City Attorney, and Mr. James E. Nelson, for Appellee.

PER CURIAM.—The only issue in this case was raised in the case of *Mosher* v. *City of Phoenix* (No. 2639), *ante,* p. 182, 263 Pac. 5, and determined adversely to the appellant's contention herein.

The judgment of the superior court of Maricopa county is therefore affirmed.